UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARABET ALEXAN DANIEL,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 10-4825-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security and Remanding for Further Proceedings filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: August 9, 2011

                                                      */s/ John E. McDermott*
                                                      JOHN E. MCDERMOTT
                                         UNITED STATES MAGISTRATE JUDGE